Beth Hayes
Tal Goldin
Montana Legal Services Association
1535 Liberty Lane Suite 110D
Missoula, MT  59802
Phone: 406-543-8343, ext. 202
Fax: 406-442-9817
bhayes@mtlsa.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JUANITA J. MCCLURE,<br><br>       Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC. AND MIDLAND FUNDING, LLC<br><br>       Defendant | CV-19-14-GF-BMM<br><br><br>STIPULATED RULE 41(a)(1)(A)(ii) DISMISSAL |

On December 18, 2019  the United States Court of Appeals for the Ninth

Circuit decided *Stimpson v. Midland Credit Management,* 944 F.3d 1190 (2019).

The holdings in the *Stimpson* decision are dispositive on the present action.

Therefore, the parties hereby stipulate to dismissal of this action, including the

Complaint and Demand for Jury Trial (Doc. 2) and the First Amended Complaint

and Demand for Jury Trial (Doc. 16), with each party bearing its own costs and fees.

DATED this 12th day of February, 2020.

/s/ Beth Hayes
Beth Hayes
Montana Legal Services Association
Attorneys for Plaintiff

/s/ Charles Carpenter
Charles Carpenter
Carpenter Law Firm plc
Attorney for Defendants